■ In the Matter of JON Z., Appellant, and Another, for the Appointment of a Guardian of the Property and/or Person of MARGARET Z., an Alleged Incapacitated Person. THERESA M. GIROUARD, ESQ., Appointed Guardian for MARGARET Z., an Alleged Incapacitated Person, Respondent. [60 NYS3d 914]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Carni and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE STEWART, Appellant. (Appeal No. 2.) [60 NYS3d 915]—Motion for reargument denied. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ JAMIE LOBELLO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent. [60 NYS3d 868]—Motion for leave to appeal to the Court of Appeals and for a stay granted. Present—Centra, J.P., Lindley, NeMoyer and Troutman, JJ.

■ In the Matter of the Arbitration between CITY OF WATERTOWN, Appellant-Respondent, and WATERTOWN PROFESSIONAL FIREFIGHTERS' ASSOCIATION LOCAL 191, Respondent-Appellant. [60 NYS3d 915]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Curran, Troutman and Winslow, JJ.